AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| | United States District Court for the Southern District of New York |
| DOCKET NO. | DATE FILED |
| 24 Civ. 9149 | 11/29/2024 |

| PLAINTIFF | DEFENDANT |
|---|---|
| Ultra International Music Publishing, LLC and Ultra Music Publishing Europe AG | Sony Music Entertainment, AWAL Recordings Ltd., Ultra Records, LLC, 4ZA Music Ltd., Room Two Recordings Ltd., B1 Recordings GmbH, Sony Music Entertainment Australia Pty Ltd., Sony Music Entertainment Germany GmbH, Secret Society, Liquid State, Sony Music Entertainment UK Ltd., Sony Music Entertainment Italy s.p.a., Sony Music Entertainment France S.A.S., Sony Music Entertainment Sweden AB, Sony Music Entertainment Switzerland GmbH, and Four Music Productions GmbH |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | See attachment | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |||
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK || AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| | | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Print    Save As...    Reset

| Title of Work | Registration Number | Author of Work |
| --- | --- | --- |
| Say You Won't Let Go | PA0002065909 | Neil Ormandy; Steve Solomon; James Arthur |
| 3AM In Paradise | PA0002490138 | Rayan El-Hussein Goufar; Jackson Paul LoMastro; Melanie Berthinier |
| 3 Gramm | PA0002499058 | Philipp Riebenstahl; Anton Illner; Ismar Suljic; Lucas Rother |
| Afterparty | PA0002457059 | Armin Schneider; Valdrin Hasani; Rafael Luna Reyes |
| All The Girls | PA0002456280 | Poppy Baskcomb; Jamie Sitter; Lewis Shay Jankel |
| Alles Miller, oder was? | PA0002499115 | Arne Behnfeldt; Ben Levi Walter; Draft X (pseud.); Darwin Miller |
| Always Love | PA0002498232 | Nick Ambrosius; Jan Hammele; Andreas Joseph Huber; Ollie Green; Chris De Sarandy; Joris Sava |
| Another | PA0002473149 | Paige Brianna Cavell Williams; C. Camden Cox; Toby Scott |
| B+ (Bittersüss Album) | PA0002499055 | Philipp Steinbach; Christopher Budde; Ben Levi Walter; Ian Ngala; Nikan Khamseh; Philipp Riebenstahl |
| Beat Of Your Heart | PA0002476082 | Jenson Vaughan; Andreas Huber; Jan Hammele; Asdis Maria Vioarsdottir; Tino Schmidt |
| Bittersüss (Bittersüss Album) | PA0002499041 | Philipp Steinbach; Christopher Budde; Arne Behnfeldt; Ben Levi Walter; Nikan Khamseh; Philipp Riebenstahl; Anton Illner; Ferdinand Krumpholz; Liam Griesback |
| Blacklist | PA0002498717 | Denis Raab; Oskar Bannermann; Eloi Pannetier |
| Blau Weißes Herz (aka "Blau-Weisses Herz") (Bittersüss Album) | PA0002499110 | Philipp Steinbach; Christopher Budde; Arne Behnfeldt; Ben Levi Walter; Nikan Khamseh; Philipp Riebenstahl; Anton Illner; Ferdinand Krumpholz |
| Blew My Life Up | PA0002498710 | Julia Margaret Church; Timothy Powell; William Lansley; John Morgan |
| Call Me | PA0002501867 | Sarah Kate Warren; Lucas Szulansky; Mario Sinovcic; Lorenzo Eros Dorian |
| Cash | PA0002474194 | Bryce Connolly; Emmit Fenn |
| City (Bittersüss Album) | PA0002498646 | Phillip Steinbach; Christopher Budde; Arne Behnfeldt; Ben Levi Walter; Nikan Khamseh; Liam Griesback |
| Come On | PA0002498709 | Phillip Steinbach; Mike Thrivaios; Morgan Buckley; Louis Ryan |
| Cozyy (Bittersüss Album) | PA0002499094 | Philipp Steinbach; Christopher Budde; Arne Behnfeldt; Ben Levi Walter; Ian Ngala; Nikan Khamseh; Ismar Suljic; Philipp Riebenstahl; Anton Illner; Ferdinand Krumpholz |
| Cutting Loose | PA0002455826 | Sarah Kate Warren; Jamie Sitter; Thadeus Francis Labuszewski |
| Dämonen Im Schlaf | PA0002485584 | Denis Raab; Ouisem Gassmi; Ersin Abdulov |
| Daydream | PA0002498671 | Roman Mueller |
| Earthquake | PA0002499060 | Johannes Burger; Marlon Zeno Hoffstadt; Ulrich Wilhelm Harrison; Kristine Bogan; Kilian Wilke |
| Ein Tag In Der Hood | PA0002485670 | Denis Raab; Ouisem Gassmi; Ersin Abdulov |
| Electric | PA0002493937 | Roman Mueller |
| Fall In Love | PA0002459343 | Emelie Eriksson; Aino Jawa; Caroline Hjelt; Yaroslav Polikarpov; Victoria Alkin; Philip Strand; Louice Leveau |
| Fashion Week | PA0002498388 | Jan Keller; Anton Illner; Tom Ulrichs; Hendrik Rappenecker |
| Fund$ | PA0002453796 | Bijan Amirkhani; Natania Lalwani; Andre Davidson; Sean Davidson; Timi Aladeloba |
| Furore | PA0002455812 | Leonardo Grillotti; Eugenio Maimone; Federico Mercuri; Citizenship:Giordano Cremona; Jacopo Angelo Ettorre; Alessandro La Cava; Paola Iezzi; Chiara Iezzi |
| Geh Dein Weg | PA0002485659 | Denis Raab; Ouisem Gassmi; Schubi Akpella |
| Get It Right | PA0002490210 | Osabuohien Osaretin; Temilade Openiyi; Ahmed Ololade |
| Ghosts | PA0002475836 | Christopher Lawrence; Dan Pearce; Lily McKenzie |
| Go | PA0002499011 | Finn Wigan; Giovanni Allenye Graham; James Jacob; Deto Black |
| God In A Dress | PA0002463588 | Neil Ormandy; Martin Wiklund; Kelsey Maree Eckstein; Paloma Faith; Jonathan Bach |
| gonna have a good time | PA0002499142 | Roman Mueller |
| Heartbroke | PA0002499159 | Jan Keller; Emil Scheibke; Justin Strobl; Montanaondatrack (pseud.) |
| Heat Rising | PA0002489053 | Paul Woolford; Peter Tong; Jules Buckley; Michael DiPasquale Scala; Brad Ellis; David Whelean; Jemma Cooke |
| Helt Klädd i Svart | PA0002489091 | Cassandra Stroeberg; Oscar Zia; Adam Olenius |
| HOE + HARD | PA0002488882 | Nicolo Rapisarda; Matteo D'Alessio; Lorenzo Di Domenicantonio |
| I LIKE | PA0002488877 | Jan Keller; Maximilian Grimmer; Leonard Pieper; Jessica Haak; Anton Illner; Tom Ulrichs |

| Title | Code | Credits |
|---|---|---|
| I Want You | PA0002409627 | Carl Martin Emanuel Ryden; Raphaella Mazaheri-Asadi; Lawrie Martin; Aino Jawo; Caroline Hjelt; Christian Karlsson; Henrik Jonback |
| Iminyet | PA0002475814 | Denis Raab; Ouisem Gassmi; Ersin Abdulov |
| Immer Noch Street | PA0002476168 | Denis Raab; Ouisem Gassmi; Ersin Abdulov |
| IN THE GARDEN | PA0002461554 | John Pininen; David Adeleke; Danielle Ibinabo Daniel; Oluwarore Damilola Delight; Shorunke Abiodun Oluwaseyi |
| Intro | PA0002485556 | Denis Raab; Ouisem Gassmi; Ersin Abdulov |
| KANTE (aka "KANTE (feat. Fave) [Mixed]" ) | PA0002461556 | John Pininen; David Adeleke; Godsfavour Chidozie; Adeyemi Damilola Temitope |
| Keep Ya Head Up | PA0002485586 | Denis Raab; Ouisem Gassmi; Ersin Abdulov |
| Kinder der Sonne | PA0002488936 | Jan Keller; Karolina Schrader; Jessica Haak; Anton Illner; Moritz Leppers; Leonard Pieper |
| Lift You Up | PA0002475819 | Paul Harris; Conner Larkman; Sean James Finnigan; Clementine Douglas; Toby Scott |
| Lights | PA0002499050 | Paul Harris; Joshua White; Matthew Lowe; Charlotte Plank; Taet Chesterton; Matt Wills; Laurent Carroll-Wilthien |
| Make Your Mind Up Babe | PA0002457106 | Emelie Eriksson; Aino Jawa; Caroline Hjelt; Yaroslav Polikarpov; Lise Reppe |
| Manchmal fehlst du | PA0002456283 | Jan Keller; Chima Ede; Alicia Awa Beissert; Gilles Knobel |
| Match 3 | PA0002474794 | Miras Narken; Rosemary Clare Louise Francis;Justin Sidney Amadeus Froehlich; Ufuk Bayraktar |
| Meet Me In The Middle | PA0002498720 | Paul Harris; Conner Larkman; James Hurr; Ken Gold; Mickey Denne; Sean James Finnigan; Rochelle Griffith |
| MEW | PA0002490164 | Miras Narken; Ufuk Bayraktar; Justin Sidney Amadeus Frohlich |
| Midnight | PA0002499135 | Roman Mueller |
| Mitten in Der Nacht | PA0002485588 | Denis Raab; Ouisem Gassmi; Ersin Abdulov; Melisa Heister |
| MOF | PA0002490167 | Miras Narken; Victoria Vassiliki Daldas; Ufuk Bayraktar; Fabian Schreiber; Joshua Neel Pinter; Alex Gregory Mullarkey |
| Mona Lisa | PA0002457541 | Neil Ormandy; Erin Doyle; Piers Aggett; Conor Bellis |
| Moody | PA0002498716 | Denis Raab; Kilian Mbelo; Oskar Bannermann |
| My Name Is | PA0002488940 | Denis Raab; Ouisem Gassmi; Ersin Abdulov |
| Need You | PA0002488950 | Emelie Eriksson; Aino Jawa; Caroline Hjelt; Yaroslav Polikarpov; Philip Strand |
| Netflix & Chill | PA0002473781 | Jan Keller; Dominik Perino; Richard Kromm; Eddin Pasic |
| Never Be The Same | PA0002475818 | Hannah Louise Dunford; Joachim Gabriel Walker; Leon Cebeci |
| Never Letting Go | PA0002498719 | Julia Margaret Church; Alok Achkar Peres Petrillo; Ben Franklin; Eithne Ni Bhraonain; Sander van der Waal; Ollie Green; Daniel Griffith |
| Nightshift | PA0002498423 | Jenson Vaughn; Andrew Derek Cocup; Michael Anthony Daniel; Paul Michael Graham; John Nicholas Ealand; Thomas Charles Findlay; Jonathan Leroy White; William Martyn Morris; Charlotte Ellen J. Plank; Keeling Mye |
| Not An Angel | PA0002461883 | Osabuohien Osaretin; Temilade Openiyi |
| Obsession | PA0002499121 | Paul Harris; Nick Henriques;  Poppy Baskcomb; Powell Aguirre |
| Oops | PA0002409296 | Paul Harris; Alexandra Kollantai Mills; Oliver Heldens; Karen Harding; Nicole Blair; Janee Bennett; Sean Mac; Dom Liu; Martin Sandberg; Rami Yacoub; Vince Clarke; Alison Moyet |
| OVAMI | PA0002418575 | Chinedu Okoli; Ikuforiji Olaitan Abdulrahman; Kareem Olasunkanmi Temitayo |
| Piano | PA0002475838 | Johannes Burger; Tinashe Kelvin Mupa; Kristoffer Eriksson; Kilian Wilke |
| Platz Da | PA0002485592 | Denis Raab; Ouisem Gassmi; Ersin Abdulov |
| Rabauken & Schlawiner | PA0002498373 | Arne Behnfeldt;  Ben Levi Walter; Darwin Miller |
| Ram Pam | PA0002493963 | Alexandra Kollantai Mills; Piers Aggett; Leon Rolle; Kesi Dryden; Conor Bellis; George Conway; Marc Veira; Holly Quin Ankrah |
| Rampage | PA0002452897 | Matteo Cinti; Daniel George Newman; Erin Doyle |
| Rick Owens | PA0002463695 | Ufuk Bayraktar; Alex Gregory Mullarkey; Joshua Neel Pinter; Philipp Riebenstahl; Jeremias Daniel |
| Satelite | PA0002488935 | Leo Sebastian Ouditt Stannard; Mali-Koa Hood; Gareth Kitcher |
| Saturday | PA0002498377 | Andrea Mazzali; Dwayne Richardson; Derek A. Jenkins; Cheri Renee Williams; Paul L. Scott Jr.; Samantha  Harper; George Astasio; Elvira Citro; Jason Andrew Pebworth; Jonathan  Shave; Giacomo Uber; Joey Washington |
| SAY GOODBYE 2.0 | PA0002499174 | Miras Narken;  Ufuk Bayraktar; Justin Sydney Amadeus Frohlich; Yung Kafa (pseud.); Kucuk Efendi; Alex Gregory Mullarkey; Joshua Neel Pinter |
| Second | PA0002490140 | Theo Hoarau; Morgen Josephine Smith; Mercedes Thorne; Micah Gordon |
| Seelen (Bittersüss Album) | PA0002499015 | Philipp Steinbach; Christopher Budde; Arne Behnfeldt; Ben Levi Walter; Nikan Khamseh |
| SHINE | PA0002498721 | Nicholas Henriques; Paige Brianna Cavell Williams; Paul Harris; Olivier Heldens; James Hurr; Rochelle Griffith |
| Sinner | PA0002488956 | Paul Harris; Nicolaas Douwma; Toby Scott; Olivia Sebastianelli; Charlotte Haining |
| Skit: Ængel | PA0002490205 | Kilian Mbelo; Rayan El-Hussein Goufar; Jackson Paul LoMastro; Melanie Berthinier |
| Stay (Don't Go) | PA0002499165 | Paul Harris; Poppy Baskcomb; Dave Johnson; James Hurr; Jordan Shaw; Christopher Kirkpatrick; Peter Orme; Stephen Gorton |
| Stockholm At Night | PA0002456267 | Emelie Eriksson; Aino Jawo; Caroline Hjelt; Yaroslav Polikarpov; Lise Reppe |
| Stuck | PA0002498711 | Denis Raab; Oskar Bannermann; Gazy MP (pseud.); Eloi Pannetier |

| Title | Registration | Authors |
|---|---|---|
| Summer Nights (feat. emma løv) | PA0002473974 | Rutger van Woudenberg; Joachim Gorrebeeck; Emma Lov Block |
| Sunset Song | PA0002493950 | Roman Mueller |
| U (aka "You") | PA0002498227 | Alexander Frederick Cramp; Gabriella Bishop; Liam Dowell; Joseph Killington; Jonas Kroper; Willim (pseud.) |
| Verdächtig | PA0002498375 | Arne Behnfeldt; Ben Levi Walter; Darwin Miller; Jalil Berkholz; LeeOne (pseud.) |
| Verpassen | PA0002498374 | Arne Behnfeldt; Ben Levi Walter; Darwin Miller; Leax (pseud.) |
| Viva La Vida | PA0002498389 | Jan Keller; Wanja Bierbaum; Armin Alexander Schneider; Robin Thomas |
| Walk Away | PA0002490209 | Sarah Kate Warren; Joachim Gorrebeeck; Heather Sommer |
| What You Need | PA0002493894 | Jonathan Kong; Daniel Dickmann; Daniel Legget; Fraser Jake Whalen; Oliver John Marland |
| Whispers | PA0002452911 | Jonathan Kong; Raphaella Aristocleous; Stevie Appleton; Patrick Topping |
| Without You | PA0002483765 | Hayley Williams; Jenson Vaughan; Magnus Aserud Skylstad; Meagan Cotton; Kyrre Gorvell-Dahl |
| Worship | PA0002499162 | Samuel O'Neil; Neave Applebaum; Jay Flew; Olivia Devine |
| Wrong Places | PA0002434668 | Jonathan Kong; Kamille Purcell; Pete Kelleher; Ben Kohn; Tom Barnes |
| Yo -Yo | PA0002499171 | Dylan Thomas Cerulli; Carlo Luigi Coraggio |