

147 WEST 25TH STREET, 12TH FLOOR
NEW YORK, NEW YORK 10001
CHAUDHRYLAW.COM

January 24, 2025

<u>*Via* ECF</u>

Hon. Ronnie Abrams, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 1506
New York, NY 10007

>   Re:   *Ultra International Music Publishing, LLC and Ultra Music Publishing Europe AG v. Sony Music Entertainment et al.*, **Case No. 24-9149**

Dear Judge Abrams:

      We are counsel for Ultra International Music Publishing, LLC and Ultra Music Publishing Europe AG (together, "Plaintiffs") in the above referenced action (the "Action").

      We write in response to this Court's Order dated December 3, 2024, which states in relevant part: "If Defendants have not yet been properly served, . . . not filed a responsive pleading, and/or the parties otherwise seek to adjourn the conference, they shall notify the Court by no later than January 24, 2025."  (ECF No. 37 at 2.)

      We write to inform the Court that: (1) pursuant to this Court's Order, the deadline for Defendants Sony Music Entertainment and Ultra Records, LLC (the "Appearing Defendants") to respond to the Complaint is February 17, 2025 (ECF No. 45); and (2) on January 23, 2025, Plaintiffs filed a motion for leave to serve the remaining fourteen defendants—all of whom are located outside the United States—via email or social media pursuant to Fed. R. Civ. 4(f)(3) (the "Service Motion," (ECF No. 49 *et seq.*)).

      On these grounds, we respectfully request that the Court adjourn the initial scheduling conference that is currently set for January 31, 2025.  The Appearing Defendants have informed us that they join in this adjournment request.

//

[REMAINDER OF PAGE LEFT BLANK INTENTIONALLY]

//

JEFFREY M. MOVIT   JEFF@CHAUDHRYLAW.COM   212.518.3215

  Defendants have filed the Service Motion because they wish for the remaining defendants to appear as soon as possible, and for the Court to then proceed with the initial scheduling conference.

  We appreciate the Court's consideration of this matter.

            Respectfully,

            Jeffrey M. Movit

cc:  Counsel of Record (*via* ECF)

      Application granted. In light of the Court's order referring this action to Magistrate Judge Stein for general pretrial, the parties should address all future scheduling issues with Judge Stein.

      SO ORDERED.

      Hon. Ronnie Abrams
      January 27, 2025