# EXHIBIT A

*Ultra International Music Publishing, LLC et al v. Sony Music Entertainment et al*, Docket No. 1:24-cv-09149-RA

| | Title | Recording Artist | Registration Number | Effective Registration Date | Infringing Party | Infringing Acts | DSPs to Which Infringing Work Was Uploaded | Affected Plaintiff | Date of First Infringement |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 3 Gramm | Lucio101 | PA0002499058 | 10/14/24 | Sony Music Entertainment Germany GmbH | Stream, Download | Spotify, Itunes, Qobuz | UMPE | 11/15/24 |
| 2 | 3AM In Paradise | Lala &ce | PA0002490138 | 8/22/24 | Sony Music Entertainment France SAS | Stream, Download | Spotify, Itunes, Qobuz | UIMP | 2/2/24 |
| 3 | Afterparty | Drini, L Loko | PA0002457059 | 2/13/24 | Sony Music Entertainment Switzerland GmbH | Stream, Download, Video | Spotify, Itunes, Qobuz, Tidal | UMPE | 5/26/23 |
| 4 | All The Girls | J. Worra & Shift K3Y | PA0002456280 | 2/13/24 | Ultra Records, LLC | Stream, Download | Spotify, Itunes, Beatport, Qobuz | UMPE | 3/24/23 |
| 5 | Alles Miller, oder was? | Darwin Miller | PA0002499115 | 10/14/24 | Sony Music Entertainment Germany GmbH | Stream, Download | Spotify, Itunes, Qobuz | UMPE | 3/31/23 |
| 6 | Always Love | Joris Sava x Zombic x Kush Kush | PA0002498232 | 10/14/24 | Sony Music Entertainment Germany GmbH | Stream, Download | Spotify, Itunes, Beatport, Qobuz | UMPE | 6/28/24 |
| 7 | A Minute Too Late | Ray Dalton | PA0002510263 | 12/18/24 | Epic Records Germany | Stream, Download | Spotify, Itunes, Qobuz | UMPE | 9/20/24 |
| 8 | Another | Camden Cox | PA0002473149 | 5/6/24 | Sony Music Entertainment UK Ltd. | Stream, Download, Video | Spotify, Itunes, Qobuz, Tidal | UMPE | 3/8/24 |
| 9 | B+ (Bittersüss Album) | NIKAN (feat. Ian) | PA0002499055 | 10/14/24 | Four Music Productions GmbH | Stream, Download | Spotify, Itunes, Qobuz | UMPE | 7/7/23 |
| 10 | Beat Of Your Heart | Purple Disco Machine & ASDIS | PA0002476082 | 5/6/24 | Sony Music Entertainment Switzerland GmbH | Stream, Download, Video | Spotify, Itunes, Qobuz, Tidal | UIMP | 1/26/24 |
| 11 | Bittersüss (Bittersüss Album) | NIKAN | PA0002499041 | 10/14/24 | Four Music Productions GmbH | Stream, Download | Spotify, Itunes, Qobuz | UMPE | 7/7/23 |
| 12 | Blacklist | Omar101 | PA0002498717 | 10/16/24 | Sony Music Entertainment | Stream, Download | Spotify, Itunes, Qobuz | UMPE | 9/6/24 |
| 13 | Blau Weißes Herz (aka "Blau-Weisses Herz") (Bittersüss Album) | NIKAN | PA0002499110 | 10/14/24 | Four Music Productions GmbH | Stream, Download | Spotify, Itunes, Qobuz | UMPE | 7/7/23 |
| 14 | Blew My Life Up | Camrinwatsin | PA0002498710 | 10/16/24 | Sony Music Entertainment UK Ltd. | Stream, Download, Video | Spotify, Itunes, Qobuz, Tidal, Beatport | UMPE | 9/20/24 |
| 15 | Call Me | FOVOS ft. Sarah de Warren | PA0002501867 | 11/4/24 | Ultra Records, LLC | Stream, Download | Spotify, Itunes, Qobuz | UMPE | 8/9/24 |
| 16 | Cash | O.G. | PA0002474194 | 5/6/24 | Sony Music Entertainment Germany GmbH | Stream, Download | Spotify, Itunes, Qobuz | UMPE | 5/10/24 |
| 17 | City (Bittersüss Album) | NIKAN | PA0002498646 | 10/14/24 | Four Music Productions GmbH | Stream, Download | Spotify, Itunes, Qobuz | UMPE | 7/7/23 |
| 18 | Come On | Dimitri Vegas x Like Mike x NMIXX | PA0002498709 | 10/16/24 | Liquid State | Stream, Download | Spotify, Itunes, Beatport, Qobuz | UMPE | 9/27/24 |
| 19 | Cozyy (Bittersüss Album) | NIKAN | PA0002499094 | 10/14/24 | Four Music Productions GmbH | Stream, Download, Video | Spotify, Itunes, Qobuz, Tidal | UMPE | 7/7/23 |
| 20 | Cutting Loose | Disco Lines, J. Worra and Anabel Englund | PA0002455826 | 2/13/24 | Ultra Records, LLC | Stream, Download | Spotify, Itunes, Beatport, Qobuz | UMPE | 1/12/24 |
| 21 | Dämonen Im Schlaf | O.G. | PA0002485584 | 7/23/24 | Sony Music Entertainment Germany GmbH | Stream, Download | Spotify, Itunes, Qobuz | UMPE | 5/10/24 |
| 22 | Daydream | Purple Ocean | PA0002498671 | 10/14/24 | Sony Music Entertainment Sweden AB | Stream, Download | Spotify, Itunes, Beatport, Qobuz | UMPE | 7/19/24 |
| 23 | Earthquake | Marlon Hoffstadt, Coach Harrison & DJ Daddy Trance | PA0002499060 | 10/14/24 | Sony Music Entertainment | Stream, Download | Spotify, Itunes, Beatport, Qobuz | UMPE | 8/9/24 |
| 24 | Ein Tag In Der Hood | O.G. | PA0002485670 | 7/23/24 | Sony Music Entertainment Germany GmbH | Stream, Download | Spotify, Itunes, Qobuz | UMPE | 5/10/24 |
| 25 | Electric | Chill Identity | PA0002493937 | 9/19/24 | Sony Music Entertainment Sweden AB | Stream, Download | Spotify, Itunes, Beatport, Qobuz | UMPE | 8/16/24 |
| 26 | Fall In Love | Icona Pop | PA0002459343 | 2/13/24 | Ultra Records, LLC | Stream, Download, Video | Spotify, Itunes, Qobuz, Tidal | UMPE | 8/18/23 |

| | Title | Recording Artist | Registration Number | Effective Registration Date | Infringing Party | Infringing Acts | DSPs to Which Infringing Work Was Uploaded | Affected Plaintiff | Date of First Infringement |
|---|---|---|---|---|---|---|---|---|---|
| 27 | Fashion Week | Henryy | PA0002498388 | 10/14/24 | Four Music Productions GmbH | Stream, Download | Spotify, Itunes, Qobuz | UMPE | 2/2/24 |
| 28 | Fund$ | Kah-Lo | PA0002453796 | 1/29/24 | Sony Music Entertainment | Stream, Download, Video | Spotify, Itunes, Qobuz, Tidal, Beatport | UMPE | 5/12/23 |
| 29 | Furore | Paola & Chiara | PA0002455812 | 2/13/24 | Sony Music Entertainment Italy s.p.a | Stream, Download, Video | Spotify, Itunes, Qobuz, Tidal | UMPE | 2/9/23 |
| 30 | Geh Dein Weg | O.G., Schubi Akpella | PA0002485659 | 7/23/24 | Sony Music Entertainment Germany GmbH | Stream, Download | Spotify, Itunes, Qobuz | UMPE | 4/28/23 |
| 31 | Get It Right | Tems & Asake | PA0002490210 | 8/22/24 | Sony Music Entertainment | Stream, Download, Video | Spotify, Itunes, Qobuz, Tidal | UMPE | 6/6/24 |
| 32 | Ghosts | Eats Everything, Chris Lorenzo, Lily McKenzie | PA0002475836 | 5/22/24 | Sony Music Entertainment UK Ltd. | Stream, Download | Spotify, Itunes, Beatport, Qobuz | UMPE | 3/15/24 |
| 33 | Go | p-ralell & Deto Black | PA0002499011 | 10/14/24 | 4ZA Music Ltd. | Stream, Download, Video | Spotify, Itunes, Qobuz, Tidal, Beatport | UMPE | 10/27/23 |
| 34 | God In A Dress | Paloma Faith | PA0002463588 | 3/22/24 | Sony Music Entertainment UK Ltd. | Stream, Download | Spotify, Itunes, Qobuz | UMPE | 2/16/24 |
| 35 | gonna have a good time | NOVEMBER KID | PA0002499142 | 10/14/24 | Secret Society/Sony Music Entertainment Germany GmbH | Stream, Download, Video | Spotify, Itunes, Qobuz, Tidal, Beatport | UMPE | 8/9/24 |
| 36 | Heartbroke | Young Lime, Ind1go, Montanaondatrack | PA0002499159 | 10/14/24 | Sony Music Entertainment Germany GmbH | Stream, Download | Spotify, Itunes, Qobuz | UMPE | 5/19/23 |
| 37 | Heat Rising | Pete Tong, Jem Cooke, Jules Buckley | PA0002489053 | 8/13/24 | Sony Music Entertainment UK Ltd. | Stream, Download, Video | Spotify, Itunes, Qobuz, Tidal, Beatport | UMPE | 11/3/23 |
| 38 | Helt Klädd i Svart | Oscar Zia | PA0002489091 | 8/13/24 | Sony Music Entertainment Sweden AB | Stream, Download | Spotify, Itunes, Qobuz | UMPE | 11/10/23 |
| 39 | HOE + HARD | Icy Subzero & Tony Effe | PA0002488882 | 8/13/24 | Sony Music Entertainment Italy s.p.a. | Stream, Download, Video | Spotify, Itunes, Qobuz, Tidal | UMPE | 3/3/23 |
| 40 | I LIKE | Yecca | PA0002488877 | 8/13/24 | Sony Music Entertainment | Stream, Download | Spotify, Itunes, Qobuz | UMPE | 8/25/23 |
| 41 | I Want You | Icona Pop & Galantis | PA0002409627 | 4/19/23 | Ultra Records, LLC | Stream, Download, Video | Spotify, Itunes, Qobuz, Tidal | UMPE | 9/1/23 |
| 42 | Iminyet | O.G. | PA0002475814 | 5/22/24 | Sony Music Entertainment Germany GmbH | Stream, Download | Spotify, Itunes, Qobuz | UMPE | 5/10/24 |
| 43 | Immer Noch Street | O.G. | PA0002476168 | 5/22/24 | Sony Music Entertainment Germany GmbH | Stream, Download | Spotify, Itunes, Qobuz | UIMP | 5/10/24 |
| 44 | IN THE GARDEN | Davido feat. Morravey | PA0002461554 | 3/22/24 | Sony Music Entertainment UK Ltd. | Stream, Download | Spotify, Itunes, Qobuz | UIMP | 3/30/23 |
| 45 | Intro | O.G. | PA0002485556 | 7/23/24 | Sony Music Entertainment Germany GmbH | Stream, Download | Spotify, Itunes, Qobuz | UIMP | 5/10/24 |
| 46 | KANTE (aka "KANTE (feat. Fave) [Mixed]") | Davido feat. Fave | PA0002461556 | 3/22/24 | Sony Music Entertainment UK Ltd. | Stream, Download, Video | Spotify, Itunes, Qobuz, Tidal | UMPE | 3/30/23 |
| 47 | Keep Ya Head Up | O.G. | PA0002485586 | 7/23/24 | Sony Music Entertainment Germany GmbH | Stream, Download, Video | Spotify, Itunes, Qobuz, Tidal | UMPE | 5/10/24 |
| 48 | Kinder der Sonne | Yecca | PA0002488936 | 8/13/24 | Sony Music Entertainment | Stream, Download | Spotify, Itunes, Qobuz | UMPE | 8/25/23 |
| 49 | Lift You Up | LF System | PA0002475819 | 5/22/24 | Sony Music Entertainment UK Ltd. | Stream, Download, Video | Spotify, Itunes, Qobuz, Tidal, Beatport | UMPE | 4/19/24 |
| 50 | Lights | Charlotte Plank x Hybrid Minds | PA0002499050 | 10/14/24 | Sony Music Entertainment | Stream, Download, Video | Spotify, Itunes, Qobuz, Tidal, Beatport | UMPE | 3/22/24 |
| 51 | Make Your Mind Up Babe | Icona Pop | PA0002457106 | 2/13/24 | Ultra Records, LLC | Stream, Download | Spotify, Itunes, Beatport, Qobuz | UMPE | 9/1/23 |
| 52 | Manchmal fehlst du | Alicia Awa | PA0002456283 | 2/13/24 | Sony Music Entertainment Germany GmbH | Stream, Download, Video | Spotify, Itunes, Qobuz, Tidal | UMPE | 2/24/23 |

| | Title | Recording Artist | Registration Number | Effective Registration Date | Infringing Party | Infringing Acts | DSPs to Which Infringing Work Was Uploaded | Affected Plaintiff | Date of First Infringement |
|---|---|---|---|---|---|---|---|---|---|
| 53 | Match_3 | Ufo361, LucidBeatz | PA0002474794 | 5/6/24 | Sony Music Entertainment Germany GmbH | Stream, Download | Spotify, Itunes, Qobuz | UMPE | 1/4/24 |
| 54 | Meet Me In The Middle | LF System | PA0002498720 | 10/16/24 | Ultra Records, LLC | Stream, Download, Video | Spotify, Itunes, Qobuz, Tidal, Beatport | UMPE | 10/4/24 |
| 55 | MEW | Ufo361 | PA0002490164 | 8/22/24 | Sony Music Entertainment Germany GmbH | Stream, Download | Spotify, Itunes, Qobuz | UMPE | 1/4/24 |
| 56 | Midnight | Chill Identity | PA0002499135 | 10/14/24 | Sony Music Entertainment Sweden AB | Stream, Download | Spotify, Itunes, Beatport, Qobuz | UMPE | 7/12/24 |
| 57 | Mitten in Der Nacht | O.G., Mel | PA0002485588 | 7/23/24 | Sony Music Entertainment Germany GmbH | Stream, Download | Spotify, Itunes, Qobuz | UMPE | 8/18/23 |
| 58 | MOF | Ufo361 | PA0002490167 | 8/22/24 | Sony Music Entertainment Germany GmbH | Stream, Download | Spotify, Itunes, Qobuz | UMPE | 1/4/24 |
| 59 | Mona Lisa | venbee | PA0002457541 | 2/13/24 | Sony Music Entertainment UK Ltd. | Stream, Download, Video | Spotify, Itunes, Qobuz, Tidal, Beatport | UMPE | 10/20/23 |
| 60 | Moody | Omar101 | PA0002498716 | 10/16/24 | Sony Music Entertainment | Stream, Download | Spotify, Itunes, Qobuz | UMPE | 10/10/24 |
| 61 | My Name Is | O.G. | PA0002488940 | 8/13/24 | Sony Music Entertainment Germany GmbH | Stream, Download, Video | Spotify, Itunes, Qobuz, Tidal | UMPE | 5/10/24 |
| 62 | Need You | Icona Pop | PA0002488950 | 8/13/24 | Ultra Records, LLC | Stream, Download | Spotify, Itunes, Beatport, Qobuz | UMPE | 9/1/23 |
| 63 | Netflix & Chill | Eddin | PA0002473781 | 5/6/24 | Sony Music Entertainment Germany GmbH | Stream, Download | Spotify, Itunes, Qobuz | UMPE | 2/24/23 |
| 64 | Never Be The Same | Coldabank | PA0002475818 | 5/22/24 | Sony Music Entertainment UK Ltd. | Stream, Download, Video | Spotify, Itunes, Qobuz, Tidal, Beatport | UMPE | 4/26/24 |
| 65 | Never Letting Go | Alok & Gryffin | PA0002498719 | 10/16/24 | B1 Recordings GmbH | Stream, Download | Spotify, Itunes, Beatport, Qobuz | UMPE | 10/11/24 |
| 66 | Nightshift | Charlotte Plank | PA0002498423 | 10/14/24 | Sony Music Entertainment | Stream, Download, Video | Spotify, Itunes, Qobuz, Tidal, Beatport | UMPE | 5/10/24 |
| 67 | Not An Angel | Tems | PA0002461883 | 3/22/24 | Sony Music Entertainment | Stream, Download | Spotify, Itunes, Qobuz | UMPE | 12/8/23 |
| 68 | Obsession | Surf Mesa x NKY | PA0002499121 | 10/14/24 | Ultra Records, LLC | Stream, Download | Spotify, Itunes, Beatport, Qobuz | UMPE | 5/24/24 |
| 69 | Oops | Oliver Heldens & Karen Harding | PA0002409296 | 4/7/23 | Sony Music Entertainment | Stream, Download, Video | Spotify, Itunes, Qobuz, Tidal, Beatport | UMPE | 1/20/23 |
| 70 | OVAMI | Oxlade & Flavour | PA0002418575 | 6/6/23 | Sony Music Entertainment France S.A.S. | Stream, Download | Spotify, Itunes, Qobuz | UIMP | 5/19/23 |
| 71 | Piano | Kelvin Jones | PA0002475838 | 5/22/24 | Four Music Productions GmbH/Sony Music Entertainment | Stream, Download | Spotify, Itunes, Qobuz | UIMP | 3/22/24 |
| 72 | Platz Da | O.G., Schubi Akpella | PA0002485592 | 7/23/24 | Sony Music Entertainment Germany GmbH | Stream, Download | Spotify, Itunes, Qobuz | UIMP | 5/10/24 |
| 73 | Rabauken & Schlawiner | Darwin Miller ft. can't be bought | PA0002498373 | 10/14/24 | Sony Music Entertainment Germany GmbH | Stream, Download | Spotify, Itunes, Qobuz | UIMP | 4/28/23 |
| 74 | Ram Pam | Rudimental Ft Flowdan & Mystic Marley | PA0002493963 | 9/19/24 | Room Two Recordings Ltd. | Stream, Download, Video | Spotify, Itunes, Qobuz, Tidal, Beatport | UMPE | 9/13/24 |
| 75 | Rampage | venbee | PA0002452897 | 1/29/24 | Sony Music Entertainment UK Ltd. | Stream, Download, Video | Spotify, Itunes, Qobuz, Tidal, Beatport | UMPE | 10/20/23 |
| 76 | Rick Owens | Ufo361 | PA0002463695 | 3/22/24 | Sony Music Entertainment Germany GmbH | Stream, Download | Spotify, Itunes, Qobuz | UIMP | 1/4/24 |
| 77 | Satellite | Del-30 | PA0002488935 | 8/13/24 | Ultra Records, LLC | Stream, Download | Spotify, Itunes, Beatport, Qobuz | UMPE | 6/9/23 |
| 78 | Saturday | Dopamine, Alex Gaudino, MazZz | PA0002498377 | 10/14/24 | Ultra Records, LLC | Stream, Download | Spotify, Itunes, Beatport, Qobuz | UMPE | 9/15/23 |
| 79 | SAY GOODBYE 2.0 | Ufo361, Yung Kafa & Küçük Efendi | PA0002499174 | 10/14/24 | Sony Music Entertainment Germany GmbH | Stream, Download | Spotify, Itunes, Qobuz | UIMP | 4/12/24 |

|  | Title | Recording Artist | Registration Number | Effective Registration Date | Infringing Party | Infringing Acts | DSPs to Which Infringing Work Was Uploaded | Affected Plaintiff | Date of First Infringement |
|---|---|---|---|---|---|---|---|---|---|
| 80 | Say You Won't Let Go | James Arthur | PA0002065909 | 2/15/17 | Sony Music Entertainment Germany GmbH | Stream, Download, Video | Spotify, Itunes, Qobuz, Tidal | UIMP | 1/19/23 |
| 81 | Second | morgen feat. merci, mercy | PA0002490140 | 8/22/24 | Sony Music Entertainment Australia Pty Ltd. | Stream, Download, Video | Spotify, Itunes, Qobuz, Tidal | UIMP | 3/9/23 |
| 82 | Seelen (Bittersüss Album) | NIKAN | PA0002499015 | 10/14/24 | Four Music Productions GmbH | Stream, Download | Spotify, Itunes, Qobuz | UMPE | 7/7/23 |
| 83 | SHINE | Heldens + RoRo | PA0002498721 | 10/16/24 | Sony Music Entertainment UK Ltd. | Stream, Download, Video | Spotify, Itunes, Qobuz, Tidal, Beatport | UMPE | 10/4/24 |
| 84 | Sinner | Charlotte Haining | PA0002488956 | 8/13/24 | Sony Music Entertainment UK Ltd. | Stream, Download, Video | Spotify, Itunes, Qobuz, Tidal, Beatport | UMPE | 3/15/24 |
| 85 | Skit: Ængel | Lala &ce | PA0002490205 | 8/22/24 | Sony Music Entertainment France S.A.S. | Stream, Download | Spotify, Itunes, Qobuz | UIMP | 2/2/24 |
| 86 | Stay (Don't Go) | Shugz & Awesome 3 | PA0002499165 | 10/14/24 | Room Two Recordings Ltd. | Stream, Download | Spotify, Itunes, Beatport, Qobuz | UMPE | 6/21/24 |
| 87 | Stockholm At Night | Icona Pop | PA0002456267 | 2/13/24 | Ultra Records, LLC | Stream, Download | Spotify, Itunes, Beatport, Qobuz | UMPE | 9/1/23 |
| 88 | Stuck | Omar101, Gazy MP | PA0002498711 | 10/16/24 | Sony Music Entertainment | Stream, Download | Spotify, Itunes, Qobuz | UMPE | 10/10/24 |
| 89 | Summer Nights (feat. emma løv) | Taska Black | PA0002473974 | 5/6/24 | Sony Music Entertainment | Stream, Download, Video | Spotify, Itunes, Qobuz, Tidal | UIMP | 9/22/23 |
| 90 | Sunset Song | Purple Ocean | PA0002493950 | 9/19/24 | Sony Music Entertainment Sweden AB | Stream, Download | Spotify, Itunes, Beatport, Qobuz | UMPE | 8/30/24 |
| 91 | U (aka "You") | JONASU, WILLIM | PA0002498227 | 10/14/24 | Liquid State | Stream, Download | Spotify, Itunes, Beatport, Qobuz | UMPE | 5/19/24 |
| 92 | Verdächtig | Darwin Miller ft. Jalil | PA0002498375 | 10/14/24 | Sony Music Entertainment Germany GmbH | Stream, Download | Spotify, Itunes, Qobuz | UMPE | 5/26/23 |
| 93 | Verpassen | Darwin Miller | PA0002498374 | 10/14/24 | Sony Music Entertainment Germany GmbH | Stream, Download | Spotify, Itunes, Qobuz | UMPE | 6/30/23 |
| 94 | Viva La Vida | La Place | PA0002498389 | 10/14/24 | Four Music Productions GmbH | Stream, Download | Spotify, Itunes, Qobuz | UMPE | 8/25/23 |
| 95 | Walk Away | Taska Black feat. Heather Sommer | PA0002490209 | 8/22/24 | Sony Music Entertainment | Stream, Download, Video | Spotify, Itunes, Qobuz, Tidal | UMPE | 7/26/24 |
| 96 | What You Need | Gusted, t e s t p r e s s | PA0002493894 | 9/19/24 | Ultra Records, LLC | Stream, Download | Spotify, Itunes, Beatport, Qobuz | UMPE | 9/13/24 |
| 97 | Whispers | Patrick Topping feat. Raphi | PA0002452911 | 1/29/24 | Sony Music Entertainment UK Ltd. | Stream, Download | Spotify, Itunes, Beatport, Qobuz | UMPE | 9/22/23 |
| 98 | Without You | Kygo feat. Hayla | PA0002483765 | 7/3/24 | Sony Music Entertainment | Stream, Download, Video | Spotify, Itunes, Qobuz, Tidal, Beatport | UMPE | 5/31/24 |
| 99 | Worship | L Devine | PA0002499162 | 10/14/24 | AWAL Recordings Ltd. | Stream, Download | Spotify, Itunes, Beatport, Qobuz | UMPE | 2/2/24 |
| 100 | Wrong Places | Karen Harding | PA0002434668 | 10/9/23 | Ultra Records, LLC | Stream, Download | Spotify, Itunes, Beatport, Qobuz | UMPE | 9/1/23 |
| 101 | Yo -Yo | Carl Brave, Pyrex | PA0002499171 | 10/14/24 | Sony Music Entertainment Italy s.p.a. | Stream, Download | Spotify, Itunes, Qobuz | UMPE | 6/9/23 |