

**TAL DICKSTEIN**
Partner

345 Park Avenue
New York, NY  10154

**Direct**  212.407.4963
**Main**    212.407.4000
**Fax**     212.407.4990
tdickstein@loeb.com

Via ECF

April 21, 2025

Hon. Ronnie Abrams
United States District Judge
Untied States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Ultra International Music Publishing, LLC et al v. Sony Music Entertainment et al*,
      No. 1:24-CV-9149 (RA) (GS)

Dear Judge Abrams:

We represent Defendants Sony Music Entertainment ("SME") and Ultra Records, LLC ("Ultra Records").  We write, with the consent of Plaintiffs Ultra International Music Publishing, LLC and Ultra Music Publishing Europe AG (together, "Plaintiffs"), pursuant to Section 1(D) of Your Honor's Individual Rules & Practices, to respectfully request a 30-day extension of SME's and Ultra Records' deadline to answer, move, or otherwise respond the First Amended Complaint ("FAC"), from April 23, 2025 to May 23, 2025.

SME and Ultra Records are making this request because counsel for Plaintiffs informed us this past Friday, April 18, 2025, that they intend to seek leave to file a Second Amended Complaint, and that they would like SME's and Ultra Records' consent to such filing, as Plaintiffs have already amended their pleading once as of right.  *See* Fed. R. Civ. P. 15(a)(1)-(2).  Plaintiffs' counsel has informed us that he expects to provide us with a copy of Plaintiffs' proposed Second Amended Complaint by this Wednesday, April 23, 2025, which is also SME's and Ultra Publishing's deadline to respond to the First Amended Complaint.  (Dkt. 74.)  SME and Ultra Records are prepared to review Plaintiffs' proposed Second Amended Complaint and to inform Plaintiffs' counsel whether they consent to its filing, which would avoid potential unnecessary motion practice, but SME and Ultra Records will need time to review that proposed amended pleading.

SME's and Ultra Records' deadline to respond to the First Amended Complaint was previously extended from March 24, 2025 to April 23, 2025.  (Dkt. 74.)  This requested extension will not affect any other scheduled dates in this action.  There is no indication that any of the other fourteen (14) Defendants have yet been served.  As noted above, Plaintiffs consent to this request.

We thank the Court for its consideration.

For the United States offices, a limited liability partnership including professional corporations. For Hong Kong office, a limited liability partnership.

240849559.1
232657-10003



Respectfully submitted,

*/s/ Tal Dickstein*

Tal Dickstein
Partner

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
April 22, 2025

240849559.1
232657-10003