UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ULTRA INTERNATIONAL MUSIC
PUBLISHING, LLC and ULTRA MUSIC
PUBLISHING EUROPE AG,

                    Plaintiff,

      v.

SONY MUSIC ENTERTAINMENT, AWAL
RECORDINGS LTD., ULTRA RECORDS,
LLC, 4ZA MUSIC LTD., ROOM TWO
RECORDINGS LTD., B1 RECORDINGS
GMBH, SONY MUSIC ENTERTAINMENT
AUSTRALIA PTY LTD., SONY MUSIC
ENTERTAINMENT GERMANY GMBH,
SECRET SOCIETY, LIQUID STATE,
SONY MUSIC ENTERTAINMENT UK
LTD., SONY MUSIC ENTERTAINMENT
ITALY S.P.A., SONY MUSIC
ENTERTAINMENT FRANCE S.A.S.,
SONY MUSIC ENTERTAINMENT
SWEDEN AB, SONY MUSIC
ENTERTAINMENT SWITZERLAND
GMBH, and FOUR MUSIC PRODUCTIONS
GMBH,

                    Defendants.

No.  24-CV-9149 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      This action is hereby stayed for thirty (30) days on consent of the parties.

SO ORDERED.

Dated:    May 23, 2025
            New York, New York

                                              Ronnie Abrams
                                              United States District Judge