UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ULTRA INTERNATIONAL MUSIC PUBLISHING, LLC and ULTRA MUSIC PUBLISHING EUROPE AG,

                Plaintiff,

v.

SONY MUSIC ENTERTAINMENT, AWAL RECORDINGS LTD., ULTRA RECORDS, LLC, 4ZA MUSIC LTD., ROOM TWO RECORDINGS LTD., B1 RECORDINGS GMBH, SONY MUSIC ENTERTAINMENT AUSTRALIA PTY LTD., SONY MUSIC ENTERTAINMENT GERMANY GMBH, SECRET SOCIETY, LIQUID STATE, SONY MUSIC ENTERTAINMENT UK LTD., SONY MUSIC ENTERTAINMENT ITALY S.P.A., SONY MUSIC ENTERTAINMENT FRANCE S.A.S., SONY MUSIC ENTERTAINMENT SWEDEN AB, SONY MUSIC ENTERTAINMENT SWITZERLAND GMBH, and FOUR MUSIC PRODUCTIONS GMBH,

                Defendants.

No. 24-CV-9149 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      The stay of this action is continued for an additional thirty (30) days on consent of the parties.

SO ORDERED.

Dated:    June 23, 2025
            New York, New York

                                            Ronnie Abrams
                                            United States District Judge