UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ULTRA INTERNATIONAL MUSIC PUBLISHING, LLC and ULTRA MUSIC PUBLISHING EUROPE AG,<br><br>                        Plaintiffs,<br><br>                          v.<br><br>SONY MUSIC ENTERTAINMENT, AWAL RECORDINGS LTD., ULTRA RECORDS, LLC, 4ZA MUSIC LTD., ROOM TWO RECORDINGS LTD., B1 RECORDINGS GMBH, SONY MUSIC ENTERTAINMENT AUSTRALIA PTY LTD., SONY MUSIC ENTERTAINMENT GERMANY GMBH, SECRET SOCIETY, LIQUID STATE, SONY MUSIC ENTERTAINMENT UK LTD., SONY MUSIC ENTERTAINMENT ITALY S.P.A., SONY MUSIC ENTERTAINMENT FRANCE S.A.S., SONY MUSIC ENTERTAINMENT SWEDEN AB, SONY MUSIC ENTERTAINMENT SWITZERLAND GMBH, and FOUR MUSIC PRODUCTIONS GMBH,<br><br>                        Defendants. | 24-cv-9149 (RA)<br><br><u>ORDER</u> |

RONNIE ABRAMS, United States District Judge:

      At the request of the parties, this matter was stayed through August 22, 2025. *See* Dkt. No. 77. No later than September 5, 2025, the parties shall submit a status update to the Court.

SO ORDERED.

Dated:    September 2, 2025
             New York, New York

                                                                             _____
                                                                             Ronnie Abrams
                                                                               United States District Judge