UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ULTRA INTERNATIONAL MUSIC PUBLISHING,
LLC and ULTRA MUSIC PUBLISHING EUROPE
AG,

               Plaintiffs,

               v.

SONY MUSIC ENTERTAINMENT, AWAL
RECORDINGS LTD., ULTRA RECORDS, LLC, 4ZA
MUSIC LTD., ROOM TWO RECORDINGS LTD., B1
RECORDINGS GMBH, SONY MUSIC
ENTERTAINMENT AUSTRALIA PTY LTD., SONY
MUSIC ENTERTAINMENT GERMANY GMBH,
SECRET SOCIETY, LIQUID STATE, SONY MUSIC
ENTERTAINMENT UK LTD., SONY MUSIC
ENTERTAINMENT ITALY S.P.A., SONY MUSIC
ENTERTAINMENT FRANCE S.A.S., SONY MUSIC
ENTERTAINMENT SWEDEN AB, SONY MUSIC
ENTERTAINMENT SWITZERLAND GMBH, and
FOUR MUSIC PRODUCTIONS GMBH,

               Defendants.

24-cv-9149 (RA)

<u>ORDER</u>

---

RONNIE ABRAMS, United States District Judge:

       The stay of this action is continued for an additional fourteen (14) days on consent of the

parties, expiring on October 20, 2025. No additional status update is required.

SO ORDERED.

Dated:      October 6, 2025
             New York, New York

_____
Ronnie Abrams
United States District Judge