**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ULTRA INTERNATIONAL MUSIC PUBLISHING, LLC and ULTRA MUSIC PUBLISHING EUROPE AG,<br><br>Plaintiffs,<br><br>v.<br><br>SONY MUSIC ENTERTAINMENT, AWAL RECORDINGS LTD., ULTRA RECORDS, LLC, 4ZA MUSIC LTD., ROOM TWO RECORDINGS LTD., B1 RECORDINGS GMBH, SONY MUSIC ENTERTAINMENT AUSTRALIA PTY LTD., SONY MUSIC ENTERTAINMENT GERMANY GMBH, SECRET SOCIETY, LIQUID STATE, SONY MUSIC ENTERTAINMENT UK LTD., SONY MUSIC ENTERTAINMENT ITALY S.P.A., SONY MUSIC ENTERTAINMENT FRANCE S.A.S., SONY MUSIC ENTERTAINMENT SWEDEN AB, SONY MUSIC ENTERTAINMENT SWITZERLAND GMBH, and FOUR MUSIC PRODUCTIONS GMBH,<br><br>Defendants. | Case No. 1:24-CV-9149 (RA) (GS)<br><br><br>**NOTICE OF DISMISSAL** |

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Ultra International Music Publishing, LLC and Ultra Music Publishing Europe AG, hereby voluntarily dismiss, with prejudice and without costs or attorneys' fees to any party, all claims asserted against Defendants in the above-captioned matter.

*[remainder of page left blank intentionally]*



2

Dated:  New York, New York
        December 5, 2025

**CHAUDHRY LAW PLLC**

Jeffrey M. Movit
147 West 25th Street, 12th Floor
New York, NY  10001
Tel: (212) 785-5550
jeff@chaudrylaw.com
